# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**  **PLAINTIFF**

**VS.**  **CRIMINAL ACTION NUMBER: 3:24-MJ-739-CHL**

**OUYANG PING**  **DEFENDANT**

## ORDER

On November 7, 2024, Colin H. Lindsay, United States Magistrate Judge, held an initial appearance on a Complaint from the Eastern District of Missouri (Case Number 4:24MJ1381-JMB).   Assistant United States Attorney Nicole Elver appeared on behalf of the United States.   The defendant was present from Oldham County Detention Center. The proceeding was digitally recorded and interpreted by Wei Ralph, Mandarin Interpreter.

Upon motion of the United States to unseal the Complaint,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Complaint is **UNSEALED.**

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of Complaint, was advised of the nature of the charges contained therein and was advised of his rights.   The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed James Earhart from the Criminal Justice Act attorney panel list, effective November 7, 2024.

The United States moved for detention.   The defendant, through counsel, elected to waive his right to a preliminary and detention hearing in the Western District of Kentucky while reserving the right to have those hearings in the Eastern District of Missouri.   Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending transport to the Eastern District of Missouri for further proceedings.

Colin H Lindsay, Magistrate Judge
United States District Court

:45

cc: USM, USDC EDMO

November 12, 2024